**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT GREEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-2193** |
| | : | |
| **SUGARHOUSE HSP GAMING LP** | : | |

# ORDER AND FINAL JUDGMENT

**AND NOW**, this 13th day of October, 2026, upon considering defendant's motion for summary judgment (DI 31), plaintiff's opposition (DI 32), and defendant's reply (DI 33), and for the reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's motion for summary judgment (DI 31) is **GRANTED**;
2. Oral argument on the motion for summary judgment currently scheduled for October 15, 2026, is **CANCELLED**;
3. This is final judgment. The Clerk of Court shall **CLOSE** this case.

**MURPHY, J.**